GEORGE WALLACE LONSDALE, complainant-respondent,

*v.*

JOE POMPEO et al., defendants-appellants

[Decided October 9th, 1935.]

*Mr. Terry Parker,* for the appellants.

*Mr. Alexander Schenck,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Buchanan in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—None.